Debtor's remaining contentions are unpersuasive.

**AFFIRMED.**

**Sergio Zamora SANCHEZ, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–71957.

Agency No. A26–349–041.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 17, 2004.

Walter Rafael Pineda, Esq., Law Office of Walter Rafael Pineda, Redwood City, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Nancy E. Friedman, Esq., Jeffrey J. Bernstein, Attorney, Office of

Immigration Litigation Civil Division, Washington, DC, for Respondent

Before PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Sergio Zamora–Sanchez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' summary affirmance without opinion of an immigration judge's removal order and denial of his application for cancellation of removal.

Zamora–Sanchez's contention that the BIA's streamlining regulations violates his right to due process is foreclosed by *Falcon Carriche v. Ashcroft,* 350 F.3d 845, 849–52 (9th Cir.2003) (holding that the BIA's streamlining procedure does not violate an alien's due process rights).

PETITION FOR REVIEW DENIED.

**Glenn W. FEARN; et al., Plaintiffs— Appellants,**

v.

**UNITED STATES DEPARTMENT OF JUSTICE; et al., Defendants— Appellees.**

No. 03–17230.

D.C. No. CV–02–02230–PHX–SMM.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Sept. 13, 2004.*

Decided Sept. 17, 2004.

Glenn W. Fearn, Casa Grande, AZ, Pro se.

Constance I.L. Fearn, Alberta Canada, Pro se.

Cynthia M. Parsons, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Defendant–Appellee.

Before PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Glenn W. Fearn appeals pro se from the district court's dismissal for lack of subject matter jurisdiction of his action against the United States Department of Justice and the Immigration and Naturalization Service (INS). Fearn sought a district court declaration that his wife, Constance Fearn, is "an Arizona Citizen" and that the INS does have jurisdiction over her. We affirm for the reasons stated by the district court in its September 16, 2003 order.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

